UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

JACQUELINE ROGERS,                    :

                   Plaintiff,         :      09 Civ. 8551 (HBP)

     -against-                        :      OPINION
                                             AND ORDER
THE BANK OF NEW YORK MELLON           :
CORPORATION, et al.,
                                      :

                   Defendants.        :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/13

          PITMAN, United States Magistrate Judge:


I.  Introduction


          In a motion dated May 11, 2012 that is docketed as both

Docket Items 40 and 42, Cronin & Byczek, LLP (the "Cronin Firm")

moves to withdraw as counsel for plaintiff.  Because the docu-

ments submitted in connection with the motion demonstrate that

there had been, at the very least, an irreparable breakdown in

communications between plaintiff and the Cronin Firm, the appli-

cation is granted and the Cronin Firm, its partners and associ-

ates are relieved as counsel for plaintiff.  The Clerk of the

Court is directed to mark Docket Items 40 and 42 as closed.

          The Cronin Firm also seeks retaining and charging

liens.  Because (1) an attorney who is discharged for cause is

not entitled to either a retaining or charging lien and (2) the

parties have submitted conflicting evidence concerning the basis

for the rift between Plaintiff and the Cronin Firm, in the

absence of a stipulation between plaintiff and the Cronin Firm,

it is necessary to conduct a hearing to determine whether the

Cronin Firm has been terminated for cause.  The hearing will be

conducted on April 4, 2013 at 2:00 p.m. in Courtroom 18-A, United

States Courthouse, 500 Pearl Street, New York, New York  10007.

Dated:  New York, New York
        March 7, 2013

                              SO ORDERED


                              HENRY PITMAN
                              United States Magistrate Judge

Copies transmitted to:

Ms. Jacqueline Rogers
4121 Beach Channel Drive
Far Rockaway, New York  11691

Linda M. Cronin, Esq.
Cronin & Byczek, LLP
1983 Marcus Avenue
Suite C-120
Lake Success, New York  11042

Christine B. Cesare, Esq.
Bryan Cave LLP
1290 Avenue of Americas
New York, New York  10104

2