UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JACQUELINE ROGERS,

        Plaintiff,

-against-

THE BANK OF NEW YORK MELLON, et al.,

        Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/13

**ORDER**
09 Civ. 8551 (HBP)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference previously scheduled for October 23, 2013, in the above-captioned action, will be held on December 5, 2013 at 2:30 p.m. in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York
       October 23, 2013

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE