```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

JACQUELINE ROGERS,                  :

              Plaintiff,            :

    -against-                       :

THE BANK OF NEW YORK MELLON         :   09 Civ. 8551 (HBP)
f/k/a, THE BANK OF NEW YORK
COMPANY, INC., DARLANE HOFFMAN,     :   OPINION
MANAGING DIRECTOR, in her               AND ORDER
individual and professional         :
capacity, DONALD MCCARTHY,
in his individual and               :
professional capacity,
CHARLES PARKER in his individual    :
and professional capacity,
ROSEMARY LYNCH, in her individual   :
and professional capacity,
ROSANNE BODNAR in her individual    :
and personal capacity and
LAURA DESIDERIO in her              :
individual and professional
capacity,                           :

              Defendants.           :

-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/17

PITMAN, United States Magistrate Judge:

By an Opinion and Order filed on August 15, 2016, I granted in part and denied in part defendants' motion for summary judgment and dismissed most of plaintiff's claims of employment discrimination (Redacted Opinion & Order, filed Aug. 15, 2016 (Docket Item ("D.I.") 95) ("8/15/16 Opinion and Order")).

Defendants subsequently moved for reconsideration of that portion of the 8/15/16 Opinion & Order that denied defendants' motion for summary judgment with respect to plaintiff's pay discrimination claims, and on September 19, 2017, I issued an Opinion and Order dismissing the complaint in its entirety (D.I. 119). For the reasons set forth in my September 19, 2017 Opinion and Order, I granted plaintiff thirty days to file an amended complaint alleging facts that would support her claim of national origin. Approximately sixty days have passed since I granted plaintiff leave to file an amended complaint, and she has not done so.

Accordingly, for the reasons stated in the 8/15/16 Opinion and Order and my Opinion and Order dated September 19, 2017, plaintiff's complaint is dismissed its entirety. The Clerk of the Court is respectfully requested to mark this matter closed.

Dated: New York, New York
November 20, 2017

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copy mailed to:

Ms. Jacqueline Rogers
4121 Beach Channel Drive
Far Rockaway, New York  11691

Copy transmitted to:

Howard M. Rogatnick, Esq.
Christine B. Cesare, Esq.
Martha E. Joerger, Esq.
Bryan Cave LLP
1290 Avenue of Americas
New York, New York  10104